IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  Shauna Kay Clem                                    Case No.: 20-21587-13-RDB

DEBTOR'S MOTION TO INCUR INDEBTEDNESS

COMES NOW the Debtor, by and through attorney, Christopher R Coons, and moves the Court for an Order granting permission to incur additional indebtedness in order to purchase a car.

In support of said Motion, Debtor would show the Court as follows:

1. Debtor's vehicle was set on fire and is damaged beyond repair. Debtor is currently working with her insurance but in the meantime needs a replacement vehicle to get to and from work.

2. Debtor has been in contact with a local car lot and they have agreed to sell the Debtor a 2018 Kia Sportage LX for $16,595. Financing will be provided on the vehicle over 70 months, and the semi-monthly payment will be $226.84, at 27.368% interest.

3. Debtor will adjust their budget to the extent necessary to be able to afford this payment, and still be able to make their Plan payment. In support, Debtor will file an amended budget with the Court.

4. In the event the vehicle is no longer available when and if this motion is sustained, Debtor seeks permission to purchase a vehicle at a similar price and under similar terms as the above.

5. Within 7 days of purchase date, Debtor will provide the Trustee with the loan documents.

WHEREFORE, Debtor prays that the Court grant this Motion for permission to incur indebtedness, and for such other and further relief as the Court deems just and equitable.


Respectfully submitted,

s/ Christopher R Coons
Christopher R Coons,
KS#19408, MO#KS001168
Coons & Crump, LLC

534 S. Kansas Ave., Ste. 825
Topeka, KS 66603
Phone: 785-856-8720
Fax: 888-507-1350
ccoons@coonscrump.com
Counsel for Debtor